UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| In re: | |
| | Chapter 11 |
| HIS WAY SIGN SERVICE AND INSTALL, LLC | Case No.: 26-10526 |
| Debtor. | |

# MOTION FOR RELIEF FROM AUTOMATIC STAY

Now comes AmeriCredit Financial Services, Inc. dba GM Financial ("Movant"), by and through counsel, and moves this Court for an Order granting it relief from the automatic stay pursuant to 11 U.S.C. §§ 362(d)(1) and (2) and Rule 4001 of the Federal Rules of Bankruptcy Procedure. In support of its Motion for Relief from the Automatic Stay (the "Motion"), Movant shows unto the Court as follows:

1. This matter is a core proceeding pursuant to 28 U.S.C. § 157 and the Court has jurisdiction pursuant to 28 U.S.C. §§ 151, 157, and 1334. The Court has the authority to hear this matter pursuant to the General Order of Reference entered by the United States District Court for the Middle District of North Carolina.

2. On July 2, 2026 (the "Petition Date"), the Debtor filed a voluntary petition for relief under subchapter V of Chapter 11 to commence the above-referenced case (the "Chapter 11 Case").

3. Movant is a secured creditor of the Debtor as evidenced by that certain Retail Installment Sale Contract dated December 14, 2023 (the "Contract"). The Contract was executed by His Way Sign Service and Install, LLC as Buyer and Lawrence Russell Nicholson III as Co-

Buyer. The Contract was secured by a 2022 Chevrolet Silverado, bearing Vehicle Identification Number 1GC4YSEY7NF363307 (the "Vehicle" or "Collateral"). The Contract requires 72 monthly payments of $1,267.41 at an annual percentage rate of 13.15%. A true and correct copy of the Contract is attached hereto as **Exhibit A.**

4. Movant has a valid, perfected security interest in the Vehicle, as noted on the face of the Certificate of Title for the Vehicle (the "Certificate of Title"), which identifies GM Financial as first lienholder with a lien date of December 14, 2023. A true and correct copy of the Certificate of Title is attached hereto as **Exhibit B.**

5. The Contract was entered into 931 days before the Petition Date, placing the debt outside the 910-day period. As of September 3, 2026, the current net payoff is $47,290.35. The payoff at the Petition Date was $46,267.12. As of September 3, 2026, the delinquency under the Contract was $6,337.05 for payments due April 28, 2026 through August 28, 2026. See Affidavit attached as **Exhibit C.**

6. Upon information and belief, the JD Power Clean Retail Value of the Vehicle is approximately $45,700.00 (the "Valuation"). A true and accurate copy of the JD Power valuation is attached hereto as **Exhibit D.**

7. Upon information and belief, no plan has been confirmed in this case as of the date of this Motion. The Debtor has failed to make the required post-petition payments.

8. No appropriate insurance coverage has been verified.

9. As of September 3, 2026, the Debtor was delinquent under the Contract for payments due from April 28, 2026 through August 28, 2026 in the amount of $6,337.05.

10. Lawrence Russell Nicholson III signed the Contract as Co-Buyer. Because this is a Chapter 11 case, the co-debtor stay under 11 U.S.C. § 1301 does not apply.

11. Upon information and belief, the Debtor remains in possession of the Vehicle, and the Vehicle has not been repossessed.

## BASIS FOR RELIEF

Section 362(d) sets forth the standards for determining whether relief from stay is appropriate. Section 362(d)(1) provides:

> On request of a party in interest and after notice and a hearing, the court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, modifying, or conditioning such stay—
>
> (1) for cause, including lack of adequate protection of an interest in property of such party in interest;
> 11 U.S.C. § 362(d)(1).

1. Cause exists for relief from the automatic stay under 11 U.S.C. § 362(d)(1) because the Debtor has failed to make the required post-petition payments under the Contract, no appropriate insurance has been verified, and Movant's interest in the Vehicle is not adequately protected.

2. Movant is also entitled to relief under 11 U.S.C. § 362(d)(2) because the Debtor has no equity in the Vehicle and the Vehicle is not necessary to an effective reorganization. The outstanding balance of $47,290.35 exceeds the Vehicle's JD Power Clean Retail value of $45,700.00 by $1,590.35.

3. If Movant is not granted relief, it will suffer irreparable injury, loss, and damage by virtue of the continuing depreciation and diminution in value of the Vehicle.

4. Good cause exists to waive the fourteen-day stay imposed by Rule 4001(a)(3).

5. A proposed order granting the Motion is submitted contemporaneously herewith.

WHEREFORE, Movant prays for the Court to grant the following relief:

1. To enter an Order modifying the automatic stay imposed by 11 U.S.C. § 362(a) to authorize Movant to exercise its rights and remedies under the Contract and applicable non-bankruptcy law, including repossession and liquidation of the Vehicle;

2. To authorize Movant to apply the proceeds from the liquidation of the Vehicle to the amounts owed under the Contract and to waive the fourteen-day stay under Rule 4001(a)(4);

3. To award Movant its reasonable attorneys' fees and costs incurred in connection with this Motion; and

4. To grant such other and further relief as the Court deems just and appropriate.

Dated: September 11, 2026

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Eudora F. S. Arthur
EUDORA F. S. ARTHUR
N.C. State Bar. No. 59854
555 Fayetteville Street, Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2178
dorie.arthur@wbd-us.com

*Attorneys for AmeriCredit Financial Services, Inc. dba GM Financial*

**CERTIFICATE OF SERVICE**

I, the undersigned, of Womble Bond Dickinson (US) LLP, hereby certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on this day, I served a copy of the foregoing Motion for Relief from Automatic Stay on:

His Way Sign Service and Install, LLC
240 Cornell Drive, Ste. B
High Point, NC 27260
*Debtor*

Lawrence Russell Nicholson III
303 Gregg Street
Richlands, NC 27233
*Co-Buyer*

by depositing the same in the United States mail, first class, postage prepaid.

That on this day, the foregoing Motion for Relief from Automatic Stay was served by electronic means through the Court's CM/ECF service on:

Samantha K. Brumbaugh
*Attorney for Debtor*

Brian Richard Anderson
*Subchapter V Trustee*

John Paul Hughes Cournoyer
*Bankruptcy Administrator*

Martha Geaney Shell
*Attorney for Twenty Largest Unsecured Creditors*

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 11, 2026

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Eudora F. S. Arthur
EUDORA F. S. ARTHUR
NC State Bar Number 59854

555 Fayetteville St., Suite 1100
Raleigh, NC 27601
Telephone: (919) 755-2178
dorie.arthur@wbd-us.com

*Attorneys for AmeriCredit Financial Services, Inc. dba GM Financial*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| HIS WAY SIGN SERVICE AND | : | |
| INSTALL, LLC | : | Case No.: 26-10526 |
| Debtor. | : | |
| | : | |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

Upon consideration of AmeriCredit Financial Services, Inc. dba GM Financial's Motion for Relief from Automatic Stay (the "Motion") and any objection to the Motion; and after due deliberation thereon; and good cause having been shown and found; it is, by the United States Bankruptcy Court for the Middle District of North Carolina, hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the automatic stay of 11 U.S.C. § 362 is hereby terminated to permit Movant to exercise its rights and remedies under the Contract and applicable non-bankruptcy law, including repossession and disposition of the Vehicle (2022 Chevrolet Silverado, VIN No. 1GC4YSEY7NF363307); and it is further

ORDERED, that Movant may apply the proceeds to amounts owed under the Contract; and it is further

ORDERED, that upon disposition, Movant must provide an explanation of any surplus to the Trustee, the Debtor's attorney, and the Debtor within 14 days and send payment of such surplus to the Trustee within 60 days; and it is further

ORDERED, that Movant shall have 120 days from entry of this Order to file a deficiency claim for personal property; and it is further

ORDERED, that the Court shall retain jurisdiction; and it is further

ORDERED, that the fourteen-day stay imposed by Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure is hereby waived.

END OF DOCUMENT

# EXHIBIT "A"

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE
**THIS IS A CONSUMER CREDIT DOCUMENT**

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| HIS WAY SIGN SERVICE AND INSTALL<br>230 PLUMMER STREET<br>ASHEBORO, NC 27203<br>Cell: N/A<br>Email: [redacted] | LAWRENCE RUSSELL NICHOLSON III<br>325 GREGG STREET<br>ARCHDALE, NC 27263 GUILFORD<br>Cell: [redacted]<br>Email: N/A | WAYNE THOMAS CHEVROLET, INC.<br>1400 E Dixie Dr<br>Asheboro, NC 27203 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|
| USED | 2022 | CHEVROLET SILVERADO 3500HD | 1GC4YSEY7NF363307 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural ☐ N/A |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 0.00 is |
|---|---|---|---|---|
| 13.150 % | $28,707.75 | $ 62,545.77 | $ 91,253.52 | $ 91,253.52 |

**Your Payment Schedule Will Be:** (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $1,267.41 | MONTHLY beginning 01/28/2024 |
| N/A | $ N/A | N/A |
| | | N/A |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of $ 18.00 .

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Insurance. You may buy the physical damage insurance this contract requires (see back) from anyone you choose or you may provide the required insurance through an existing policy owned or controlled by you. Insurance you provide must be acceptable to us.** You are not required to buy any other insurance to obtain credit unless the box indicating Vendor's Single Interest Insurance is required is checked below.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

### Optional Credit Insurance

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:
Credit Life $ N/A
Credit Disability $ N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

**Credit life insurance and credit disability insurance are not required to obtain credit.** Your decision to buy or not to buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown below.

### ITEMIZATION OF AMOUNT FINANCED

1 Cash Price (including $ 1,817.52 sales tax) $ 61,812.52 (1)

2 Total Downpayment =

Trade-In N/A (Year) (Make) (Model)

| | |
|---|---|
| Gross Trade-In Allowance | $ N/A |
| Less Pay Off Made By Seller to N/A | $ N/A |
| Equals Net Trade In | $ N/A |
| + Cash | $ N/A |
| + Other N/A | $ N/A |
| + Other N/A | $ N/A |
| + Other N/A | $ N/A |

(If total downpayment is negative, enter "0" and see 4I below) $ 0.00 (2)

3 Unpaid Balance of Cash Price (1 minus 2) $ 61,812.52 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf (Seller may keep part of these amounts):

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
Life $ N/A
Disability $ N/A $ N/A

B Vendor's Single Interest Insurance Paid to Insurance Company $ N/A

C Other Optional Insurance Paid to Insurance Company or Companies $ N/A

D Optional Gap Contract $ N/A

E Official Fees Paid to Government Agencies
N/A $ N/A

F Government Taxes Not Included in Cash Price
N/A $ N/A

G Government License and/or Registration Fees
LICENSE AND/OR REGIS $ 144.25

H Government Certificate of Title Fees $ N/A

I Other Charges (Seller must identify who is paid and describe purpose)

| to | for | $ |
|---|---|---|
| to N/A | for Prior Credit or Lease Balance | $ N/A |
| to WAYNE THOMAS CH | for DEALER ADMIN FEE | $ 589.00 |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |
| to N/A | for N/A | $ N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf $ 733.25 (4)

5 Amount Financed (3 + 4) $ 62,545.77 (5)

### Other Optional Insurance

☐ N/A N/A
Type of Insurance Term
Premium $ N/A
Description of Coverage N/A
N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

☐ N/A N/A
Type of Insurance Term
Premium $ N/A
Description of Coverage N/A
N/A
Insurance Company Name N/A
N/A
Home Office Address N/A
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X N/A N/A
Buyer Signature Date

X N/A N/A
Co-Buyer Signature Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS. WITHOUT SUCH INSURANCE YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.**

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before N/A , Year N/A . SELLER'S INITIALS N/A

**Returned Check Charge:** You agree to pay a charge of $ 35.00 if any check you give us is dishonored.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term N/A Mos. N/A
Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X N/A

☐ VENDOR'S SINGLE INTEREST INSURANCE (VSI insurance): If the preceding box is checked, the Creditor requires VSI insurance for the initial term of the contract to protect the Creditor for loss or damage to the vehicle (collision, fire, theft, concealment, skip). VSI insurance is for the Creditor's sole protection. This insurance does not protect your interest in the vehicle. **You may choose the insurance company through which the VSI insurance is obtained.** If you elect to purchase VSI insurance through the Creditor, **the cost of this insurance is $** N/A and is also shown in Item 4B of the Itemization of Amount Financed. The coverage is for the initial term of the contract.

***The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.***

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X *His Way Sign Service and Install / Lawrence Nicholson* Co-Buyer Signs X *Lawrence Nicholson*
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
**See back for other important agreements.**

**NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.**

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

*His WAY Sign Service + Install llc*
Buyer Signs X *Lawrence Nicholson* Date 12/14/2023 Co-Buyer Signs X *Lawrence Nicholson* Date 12/14/2023
Buyer Printed Name HIS WAY SIGN SERVICE AND INSTALL LLC Co-Buyer Printed Name LAWRENCE RUSSELL NICHOLSON III
If the "business" use box is checked in "Primary Use for Which Purchased": Print Name LAWRENCE RUSSELL NICHOLSON N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X N/A Address N/A

Seller signs WAYNE THOMAS CHEVROLET, INC. Date 12/14/2023 By X Title F&I MNGR

Seller assigns its interest in this contract to GM FINANCIAL (Assignee) under the terms of Seller's agreement(s) with Assignee.

☐ Assigned with recourse X☒ Assigned without recourse ☐ Assigned with limited recourse

Seller WAYNE THOMAS CHEVROLET, INC.

By X Title FINANCE MANAGER


©2023 The Reynolds and Reynolds Company TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

ORIGINAL LIENHOLDER

## OTHER IMPORTANT AGREEMENTS

**1. FINANCE CHARGE AND PAYMENTS**

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on the front on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**2. YOUR OTHER PROMISES TO US**

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods installed in it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on the front of this contract.
If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on the front. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
- You do not pay any payment on time;
- You give false, incomplete, or misleading information during credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** If we hire an attorney to collect what you owe, you will pay attorney's fees and court costs, as the law allows. The maximum attorney's fee you will pay will be 15% of the amount you owe.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at the Annual Percentage Rate, before and after judgment, unless a lower rate is required by law.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

**4. WARRANTIES SELLER DISCLAIMS**

**Unless the Seller makes an express warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

**5. Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**
**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

**6. SERVICING AND COLLECTION CONTACTS**

In consideration of our extension of credit to you, you agree to provide us your contact information for our servicing and collection purposes. You agree that we may use this information to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you. You agree to allow our agents and service providers to contact you as agreed above.
You agree that you will, within a reasonable time, notify us of any change in your contact information.

**7. APPLICABLE LAW**

Federal law and the law of the state of North Carolina apply to this contract.

**8. NEGATIVE CREDIT REPORT NOTICE**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

# EXHIBIT “B”

STATE OF NORTH CAROLINA

MVR-191 (Rev 06/2022)

# CERTIFICATE OF TITLE

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE | BODY STYLE |
|---|---|---|---|
| 1GC4YSEY7NF363307 | 2022 | CHEV | TK |

| TITLE NUMBER | TITLE ISSUE DATE | PREVIOUS TITLE NUMBER |
|---|---|---|
| 775546240044002 | 07/08/2026 | 779863232386947 |

MAIL TO

GM FINANCIAL
PO BOX 1510
COCKEYSVILLE MD 21030-7510

ODOMETER READING
022786

ODOMETER STATUS

TITLE BRANDS

SHIPPING WEIGHT
8226

OWNER(S) NAME AND ADDRESS

HIS WAY SIGN SERVICE AND INSTALL LLC
LAWRENCE RUSSELL NICHOLSON III
588 JOHN YOUNG RD
LEXINGTON NC 27292-7024

The Commissioner of Motor Vehicles of the State of North Carolina hereby certifies that an application for a certificate of title for the herein described vehicle has been filed pursuant to the General Statutes of North Carolina and based on that application, the Division of Motor Vehicles is satisfied that the applicant is the lawful owner. Official records of the Division of Motor Vehicles reflect vehicle is subject to the liens (if any) herein enumerated at the date of issuance of this certificate.

As WITNESS, his hand and seal of this Division of the day and year appearing in this certificate as the title issue date.

Paul Tine

COMMISSIONER OF MOTOR VEHICLES

FIRST LIENHOLDER — DATE OF LIEN 12/14/2023
GM FINANCIAL
PO BOX 1510
COCKEYSVILLE MD 21030-7510

LIEN RELEASED BY
SIGNATURE
TITLE — DATE

SECOND LIENHOLDER — DATE OF LIEN

LIEN RELEASED BY
SIGNATURE
TITLE — DATE

THIRD LIENHOLDER — DATE OF LIEN

LIEN RELEASED BY
SIGNATURE
TITLE — DATE

FOURTH LIENHOLDER — DATE OF LIEN

LIEN RELEASED BY
SIGNATURE
TITLE — DATE

ADDITIONAL LIENS

09548963

002 T1C0023

ANY ALTERATIONS OR ERASURES VOID TITLE

# EXHIBIT “C”

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In re:
His Way Sign Service and Install, LLC,
Debtor(s)

Chapter 11
Bky. No. 26-10526

**STATE OF TEXAS** )
) **ss.**
**COUNTY OF TARRANT** )

**AFFIDAVIT**

I, Stacy Anderson, a Bankruptcy Specialist of AmeriCredit Financial Services, Inc. dba GM Financial, declare under penalty of perjury that I have personal knowledge of the information set forth below, which is true and correct to the best of my knowledge, information, and belief.

1. This affidavit is based on the loan payment records of AmeriCredit Financial Services, Inc. dba GM Financial as of September 3, 2026. These records are regularly maintained in the course of business and it is the regular practice to make and maintain these records. These records reflect the loan payments that are noted in the records at the time of receipt by persons whose regular duties include recording this information. I maintain these records and regularly use and rely upon them in the performance of my duties.

2. AmeriCredit Financial Services, Inc. dba GM Financial has a valid, perfected security interest in the following (the "Collateral"): 2022 Chevrolet Silverado, VIN: 1GC4YSEY7NF363307.

3. $47,290.35 is the outstanding balance under the contract.

4. $6,337.05 is the amount of the existing delinquency under the contract.

5. $45,700.00 is the fair market value of the Collateral.

6. No appropriate insurance has been verified.

Further your affiant sayeth not.

Dated: 9-9-26

Stacy Anderson
Printed Name: Stacy Anderson
Title: Bankruptcy Specialist
Creditor: AmeriCredit Financial Services, Inc. dba GM Financial

Subscribed and sworn to before me on this 9th day of Sept., 2026

Brenda Johnson
Notary Public
My commission expires: 7-27-29

BRENDA JOHNSON
Notary Public
STATE OF TEXAS
Notary ID # 12536201-6
My Comm. Exp. July 27, 2029

# EXHIBIT "D"

9/3/2026

JD Power Used Cars/Trucks

**GM Financial - BK Dept**

4000 Embarcadero
Arlington, TX 76014
817-524-2168
aaron.rangel@gmfinancial.com

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2022 Chevrolet Silverado 3500 HD Crew Cab Work Truck 4WD DRW 6.6L V8 T-Diesel |
| Region: | Southeastern |
| Period: | September 3, 2026 |
| VIN: | 1GC4YSEY7NF363307 |
| Mileage: | 62,500 |
| Base MSRP: | $47,900 |
| Typically Equipped MSRP: | $61,045 |
| Weight: | 0 |




## JD Power Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Used** | | | | |
| Rough Trade-In | $36,100 | N/A | $400 | **$36,500** |
| Average Trade-In | $37,925 | N/A | $400 | **$38,325** |
| Clean Trade-In | $39,425 | N/A | $400 | **$39,825** |
| Clean Loan | $36,050 | N/A | $400 | **$36,450** |
| Clean Retail | $45,250 | N/A | $450 | **$45,700** |
| Clean Loan | $36,050 | N/A | $400 | **$36,450** |
| Clean Retail | $45,475 | N/A | $450 | **$45,925** |

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| 6.6L V8 Turbo Diesel Engine | w/body | w/body |
| Bed Liner [VIN Precision+] | $50 | $50 |
| Towing/Camper Pkg [VIN Precision+] | $350 | $400 |

JD Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2026 JD Power