Form 154

# UNITED STATES BANKRUPTCY COURT

Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

**Information to identify the case:**

Debtor 1: His Way Sign Service and Install, LLC

dba His Way Signs

240 Cornell Drive, Ste. B
High Point, NC 27260

Social Security number or ITIN: _ _ _ _
EIN: 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

Date case filed for chapter: 11 7/2/26

Case number: 26−10526

## NOTICE OF HEARING
## TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

**TAKE NOTICE THAT** a hearing will be held to consider and act upon the following:

*Motion for Relief From Stay regarding a 2022 Chevrolet Silverado filed by Creditor AmeriCredit Financial Services, Inc. dba GM Financial.*

**Hearing Details:**

| | |
|---|---|
| Hearing Date: | 10/15/26 |
| Hearing Time: | 09:30 AM |
| Hearing Location: | Courtroom 1, Second Floor, 101 South Edgeworth Street, Greensboro, NC 27401 |

Dated: 9/14/26

OFFICE OF THE CLERK/AK

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc. **Real ID is not required.**)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.